UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CINDY J. RODGERS,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Case No. C07-5245BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Karen L. Strombom (Dkt. 16), the remainder of the file, and no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 16);

(2) This action is **REVERSED AND REMANDED** for further proceedings before the ALJ consistent with this order.

(3) The clerk is directed to send copies of this order to all counsel of record, and to the Hon. Karen L. Strombom.

DATED this 12th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER