# United States District Court

WESTERN DISTRICT OF WASHINGTON

CINDY J. RODGERS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

CASE NUMBER: C07-5245BHS/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **REVERSED AND REMANDED** for further proceedings before the ALJ consistent with this order.

|  |  |
|---|---|
| May 12, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/Caroline M. Gonzalez* |
|  | Deputy Clerk |